# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL A. MELEDEZ, | CASE NO. 1:11-cv-00473-AWI-SMS |
| Plaintiff, | ORDER TO SUBMIT FILING FEE OR TO FILE APPLICATION FOR |
| v. | *IN FORMA PAUPERIS* FILING STATUS |
| CITY OF FRESNO et al POLICE DEPT, | |
| Defendant. | (Doc. 1) |

On March 17, 2011, Plaintiff Nathaniel A. Meledez[1] filed a complaint alleging various constitutional and California state claims. Plaintiff failed to submit either the applicable filing fee of $350.00 (28 U.S.C. § 1914) or an application to proceed *in forma pauperis* (28 U.S.C. § 1915(a)). For his case to proceed, Plaintiff must either submit the filing fee or apply to proceed *in forma pauperis*.

According, the Court hereby ORDERS Plaintiff to submit, on or before April 8, 2011, either the statutory filing fee or a completed application to proceed *in forma pauperis*. The Clerk of Court is directed to provide Plaintiff with a copy of the application to proceed *in forma*

---

[1] Although the caption of the complaint spells Plaintiff's name "Meledez," the name is spelled "Melendez" in the body of the complaint.

*pauperis* with its service on Plaintiff of this order.  In the event Plaintiff has filed neither the statutory fee nor an application to proceed *in forma pauperis* on or before April 8, 2011, the Court will dismiss this action without prejudice.

IT IS SO ORDERED.

**Dated:** **March 25, 2011**　　　　　　　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE