# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MELEDEZ, | CASE NO. 1:11-cv-00473-AWI-SMS |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |
| CITY OF FRESNO POLICE DEPARTMENT, | |
| Defendant. | |

On March 17, 2011, Plaintiff Nathaniel A. Meledez[1] filed a civil rights complaint alleging various constitutional and California state claims. Plaintiff failed to submit either the applicable filing fee of $350.00 (28 U.S.C. § 1914) or an application to proceed *in forma pauperis* (28 U.S.C. § 1915(a)). On March 25, 2011, U.S. Magistrate Judge ordered Plaintiff to either pay the statutory fee or submit an application to proceed *in forma pauperis* on or before April 8, 2011. The Clerk of Court served the order on Plaintiff by mail. On April 8, 2011, the order was returned as undeliverable.

Local Rule 183(b) provides:

> A party appearing *in propria persona* shall keep the Court and opposing parties advised as to his or her current address. If mail delivered to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

---

[1] Although the caption of the complaint spells Plaintiff's name "Meledez," the name is spelled "Melendez" in the body of the complaint.

More than 63 days having elapsed since the return of the notice mailed to Plaintiff and Plaintiff having failed to advise the Court of his current address, it is hereby ORDERED that this case be dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated:     June 13, 2011                               /s/ [signature]
                                                       CHIEF UNITED STATES DISTRICT JUDGE